No. 04–7799.  JALIL *v.* AVDEL CORP. ET AL.  C. A. 3d Cir.;

No. 04–7854.  TSABBAR *v.* 17 EAST 89TH STREET TENANTS, INC.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.; and

No. 04–8325.  HIGH ET UX. *v.* UNITED STATES.  C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until March 21, 2005, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 04–8566.  IN RE BOWLING.  Petition for writ of habeas corpus denied.

No. 04–473.  GARCETTI ET AL. *v.* CEBALLOS.  C. A. 9th Cir. Motion of California State Association of Counties for leave to file a brief as *amicus curiae* granted.  Certiorari granted.

No. 04–597.  UNITHERM FOOD SYSTEMS, INC. *v.* SWIFT-ECKRICH, INC., DBA CONAGRA REFRIGERATED FOODS.  C. A. Fed. Cir.  Certiorari granted limited to the following question: "Whether, and to what extent, a court of appeals may review the sufficiency of evidence supporting a civil jury verdict where the party requesting review made a motion for judgment as a matter of law under Rule 50(a) of the Federal Rules of Civil Procedure before submission of the case to the jury, but neither renewed that motion under Rule 50(b) after the jury's verdict, nor moved for a new trial under Rule 59?"

No. 04–631.  WAGNON, SECRETARY, KANSAS DEPARTMENT OF REVENUE *v.* PRAIRIE BAND POTAWATOMI NATION.  C. A. 10th Cir.  Certiorari granted.

No. 04–712.  LINCOLN PROPERTY CO. ET AL. *v.* ROCHE ET UX. C. A. 4th Cir.  Certiorari granted.

No. 04–450.  TSOLAINOS *v.* LOUISIANA.  Ct. App. La., 1st Cir. Certiorari denied.